# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WHITFIELD, )<br>)<br>       Plaintiff, )<br>)<br>    v. )<br>)<br>RADIUS HEALTH, INC., WILLARD H. )<br>DERE, CATHERINE FRIEDMAN, JEAN- )<br>PIERRE GARNIER, OWEN HUGHES, )<br>JENNIFER A. JARRETT, KELLY )<br>MARTIN, SEAN MURPHY, MACHELLE )<br>SANDERS, SUSAN VISSERS, AND )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>       Defendants. ) | Case No. 1:22-cv-00973 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 1, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Attorneys for Plaintiff*